Lindy F. Bradley, Esq., State Bar No. 207533
 lbradley@bgwlawyers.com
Mellania E. Safarian, Esq., State Bar No. 313100
 msafarian@bgwlawyers.com
BRADLEY, GMELICH & WELLERSTEIN LLP
700 North Brand Boulevard, 10th Floors
Glendale, California 91203-1202
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendants, SF MARKETS, LLC; GRI PARK PLAZA, LLC; and FIRST WASHINGTON REALTY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDITH REYNOLDS, | Case No. |
| Plaintiff, | Los Angeles County Superior Court Case No.: 21STCV34650 |
| vs. | **NOTICE OF REMOVAL** |
| SF MARKETS, LLC; SPROUTS FARMERS MARKET; SPROUTS FARMERS MARKET dba SPROUTS and DOES 1 TO 25, inclusive, | Complaint Filed:  9/20/2021 |
| Defendants. | |

PLEASE TAKE NOTICE THAT Defendants, SF MARKETS, LLC; GRI PARK PLAZA, LLC; and FIRST WASHINGTON REALTY, INC. (collectively "Defendants") hereby remove to this Court the state court action described below. Removal of this action is proper for the following reasons:

**I.   TIMELINESS**

1. Plaintiff commenced her action on or about September 20, 2021, by filing a Complaint for damages. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendant, SF MARKETS, LLC is named as a defendant; it has been served with the Complaint.

3.     On November 5, 2021, Plaintiff filed an Amendment to Complaint naming GRI PARK PLAZA, LLC as Doe 1.  A true and correct copy of the Amendment to Complaint is attached hereto as **Exhibit B**.

4.     On November 5, 2021, Plaintiff filed an Amendment to Complaint naming FIRST WASHINGTON REALTY, INC. as Doe 2.  A true and correct copy of the Amendment to Complaint is attached hereto as **Exhibit C**.

5.     On December 1, 2021, Plaintiff's Counsel sent e-mail correspondence stating that removal based on diversity grounds would not be appropriate because Defendants, GRI PARK PLAZA, LLC and FIRST WASHINGTON REALTY, INC. are California entities. A true and correct copy of this e-mail correspondence is attached hereto as **Exhibit D**.

6.     At the time of the above-referenced e-mail correspondence, Defense Counsel had not yet agreed to represent Defendants, GRI PARK PLAZA, LLC and FIRST WASHINGTON REALTY, INC.

7.     On December 3, 2021, relying on Plaintiff's Counsel's representation, Defendant, SF MARKETS, LLC filed an Answer to Plaintiff's Complaint.  A true and correct copy of SF MARKETS, LLC'S Answer is attached hereto as **Exhibit E**.

8.     On January 4, 2022, Defendants, GRI PARK PLAZA, LLC and WASHINGTON REALTY, INC. filed an Answer to Plaintiff's Complaint.  A true and correct copy of the Answer is attached hereto as **Exhibit F**.

9.     Defendants subsequently discovered the grounds for removability via their own investigation. Thus, the 30-day deadline, pursuant to United States Code §1441 and §1446, is not triggered when a defendant determines the case is removable by way of its own investigation, as opposed to a pleading or paper received by Defendant. See *Kuxhausen v. BMW Financial Services, N.A., LLC*, 707 F.3d 1136, 1139 (9th Cir. 2013); *Walker v. Trailer Transit, Inc.*, 727 F.3d 819, 824-826 (7th Cir. 2013).

10. Additionally, pursuant to Federal Rules of Civil Procedure §1446(c)(1) the deadline for removal does not apply if the plaintiff has acted in bad faith in order to prevent a defendant from removing the action. Courts may find "bad faith" if plaintiff improperly engages in removal-defeating strategies designed to keep the case in state court. See *Tedford v. Warner-Lambert Co.*, 327 F.3d 423, 427 (5th Cir. 2003); *Hoyt v. Lane Const. Corp.*, 927 F.3d 287, 293 (5th Cir. 2019). Examples of bath faith include, but are not limited to, deliberately naming parties to defeat diversity in bad faith and with no genuine attempt to pursue a judgment and deliberately failing to disclose the actual amount in controversy to prevent removal. See 28 U.S.C. §1446(c)(3)(B); *Kite v. Richard Wolf Med. Instruments Corp.*, 761 F.Supp.597, 600 (S.D. IN 1989); *Wilbanks v. North American Coal Corp.*, 334 F.Supp.2d 921, 926-927 & fn. 7 (S.D. MS 2004). Here, Plaintiff's Counsel named two additional defendants in an attempt to destroy diversity jurisdiction and did so knowing that Plaintiff would not be able to pursue a judgment against these entities. Plaintiff's Counsel also misrepresented the citizenship status of these entities to Defense Counsel.

11. Finally, pursuant to United States Code §1446(b), notice of removability is determined through examination of the four corners of the applicable pleadings, not through subjective knowledgeable or a duty to make further inquiry. See *Harris v. Bankers Life & Cas. Co.*, 425 F.3d 689, 693 (9th Cir. 2005). Since state court pleading rules rarely require allegations as to the parties' citizenship, removability often does not appear on the face of the complaint. Id. As is the case here, Plaintiff's Complaint does not allege the parties' citizenship and thus the grounds for removal did not appear on the face of the Complaint or corresponding Amendments.

/ / /

/ / /

/ / /

## II. BASIS FOR REMOVAL

12. This is a civil action over which this Court has original jurisdiction under Title 28 U.S.C. § 1332(a)(1), and is one which may be removed to this Court by Defendants, SF Markets, LLC, GRI Park Plaza, LLC and First Washington Realty, Inc. pursuant to the provisions of Title 28 U.S.C. § 1441(b) in that the action is between citizens of different States.

13. Plaintiff's Complaint alleges that the incident occurred in the State of California. Plaintiff also resides in California. Defendant, SF Markets, LLC is a limited liability company registered in Delaware, with a principal place of business in Arizona, where its high-level officers direct, control, and coordinate the company's activities. Defendant, SF Markets, LLC, is wholly owned by Sprouts Farmers Markets, Inc., registered in Delaware, with a principal place of business in Arizona, where the corporation's high-level officers direct, control, and coordinate the corporation's activities.

14. Defendant, GRI Park Plaza, LLC is a limited liability company registered in Delaware, with a principal place of business in Delaware, where its high-level officers direct, control, and coordinate the company's activities.

15. Defendant, First Washington Realty, Inc. is a corporation registered in Maryland, with a principal place of business in Maryland, where its high-level officers direct, control, and coordinate the company's activities.

16. Plaintiff has alleged damages, including pain and suffering, wage loss, hospital and medical expenses, general damages, compensatory damages, property damage, loss of earning capacity, interest at the legal rate, and attorney's fees and costs. Pursuant to Plaintiff's Counsel, Plaintiff is alleging damages of no less than $75,000.

/ / /

/ / /

/ / /

### III. VENUE

17. The Los Angeles County Superior Court is located within the jurisdiction of the United State District Court, Central District of California. *See* Title 28 U.S.C. § 84(c)(2). This venue is proper, pursuant to Title 28 U.S.C. § 1391. This Notice of Removal is therefore properly filed in this Court, pursuant to Title 28 U.S.C. § 1441.

### IV. PLEADINGS AND PROCESS

18. Other than Exhibits **A** through **C** and **E** through **F**, there are no other pleadings on file in the State Court action. This Notice of Removal is being filed without prejudice to Defendants' objections and defenses.

19. Counsel for Defendants certifies that they will file a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles, as required by Title 28 U.S.C. § 1446, and give notice of same to Plaintiff.

WHEREFORE, Defendants, SF Markets, LLC, GRI Park Plaza, LLC and First Washington Realty, Inc. hereby remove the action now pending against them in the Superior Court of the State of California for the County of Los Angeles, to this Honorable Court, and request that this Court retain jurisdiction for all further proceedings.

Dated: March 8, 2022

BRADLEY, GMELICH & WELLERSTEIN LLP

By: ___*/s/ Lindy F. Bradley*___
      Lindy F. Bradley
      Mellania E. Safarian
      Attorneys for Defendants, SF MARKETS, LLC, GRI PARK PLAZA, LLC; and FIRST WASHINGTON REALTY, INC.

# PROOF OF SERVICE

**Edith Reynolds vs. SF Markets, LLC, et al.**
**Case No. 21STCV34650**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On March 8, 2022, I served true copies of the following document(s) described as **NOTICE OF REMOVAL** on the interested parties in this action as follows:

Michael S. Braun, Esq.
Iris He, Esq.
Law Offices of Michael S. Braun
21515 Hawthorne Boulevard, Suite 670
Torrance, CA 90503
Telephone: 310-984-3220
Facsimile: 310-984-3221
E-Mail: mbraun@mbraunlaw.com
E-Mail: *ihe@mbraunlaw.com*
E-Mail: cponticelle@mbraunlaw.com
***Attorney for Plaintiff, Edith Reynolds***

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2022, at Glendale, California.

                                                   /s/ Brandi Gonzales
                                                   Brandi Gonzales