Case 2:22-cv-01544-JFW-SK   Document 1-1   Filed 03/08/22   Page 1 of 5   Page ID #:7

21STCV34650
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Serena Murillo

Electronically FILED by Superior Court of California, County of Los Angeles on 09/20/2021 04:14 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael S. Braun, Esq. (State Bar # 152461)<br>Law Office of Michael S. Braun<br>21515 Hawthorne Blvd., Suite 670<br>Torrance, CA 90503<br>TELEPHONE NO: (310) 984-3220   FAX NO. (Optional): (310) 984-3221<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, Edith Reynolds | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central

PLAINTIFF: Edith Reynolds

DEFENDANT: SF Markets, LLC, Sprouts Farmers Market, Sprouts Farmers Market dba Sprouts and

[X] DOES 1 TO 25, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify): SLIP AND FALL
[ ] Property Damage   [ ] Wrongful Death
[X] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: 21STCV34650

1. Plaintiff (name or names): Edith Reynolds
   alleges causes of action against defendant (name or names): SF Markets, LLC, Sprouts Farmers Market, Sprouts Farmers Market dba Sprouts and DOES 1 to 25, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

Exhibit A
Page 7

PLD-PI-001

| SHORT TITLE: Reynolds v. Sprouts | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant *(name):* SF Markets, LLC
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   c. ☒ except defendant *(name):* Sprouts Farmers Market dba Sprouts
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   b. ☒ except defendant *(name):* Sprouts Farmers Market
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   d. ☐ except defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe):*
      (4) ☐ a public entity *(describe):*
      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers):* ___1-25___ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* ___1-25___ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 2 of 3
*LexisNexis® Automated California Judicial Council Forms*

Exhibit A
Page 8

PLD-PI-001

| SHORT TITLE: Reynolds v. Sprouts | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [X] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [X] Premises Liability
    f. [ ] Other *(specify)*:

11. Plaintiff has suffered
    a. [X] wage loss
    b. [ ] loss of use of property
    c. [X] hospital and medical expenses
    d. [X] general damage
    e. [ ] property damage
    f. [X] loss of earning capacity
    g. [ ] other damage *(specify)*:

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [X] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [X] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 13, 2021

Michael S. Braun, Esq.
(TYPE OR PRINT NAME)

▶ /s/ Michael S Bru
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Page 3 of 3 |

*LexisNexis® Automated California Judicial Council Forms*

Exhibit A
Page 9

PLD-PI-001(2)

| SHORT TITLE: Reynolds v. Sprouts | CASE NUMBER: |
|---|---|

| FIRST (number) | CAUSE OF ACTION—General Negligence | Page 4 |

ATTACHMENT TO  [X] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Edith Reynolds

alleges that defendant *(name):* SF Markets, LLC, Sprouts Farmers Market, Sprouts Farmers Market dba Sprouts and

[X] Does   1   to   25

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* October 11, 2019
at *(place):* 820 N Western Ave., San Pedro, CA 90732.

*(description of reasons for liability):*

While the plaintiff was a customer in the store that was owned by, operated by, managed by, maintained by and/or in some other manner was under the custody and control of the defendants and each of them, the plaintiff slipped and fell when she stepped in an unknown substance that was on the floor.

It is alleged that the defendants and each of them owed a duty to the plaintiff to properly maintain the premises so that the premises were in a reasonably safe condition. The defendants and each of them breached said duties owed to the plaintiff based on their failure to properly maintain their premises and keep their premises in a reasonably safe condition. As a result of said breaches, the defendants and each of them allowed a dangerous condition to exist which caused the plaintiff to slip and fall, resulting in the plaintiff sustaining serious personal injuries.

Plaintiff further alleges that defendants and each of them and their employees and/ or agents while acting in the course and scope of their employment/ agency, owed a duty to the plaintiff to maintain the premises in a safe condition. Defendants and each of them breached a duty by failing to maintain said premises in a reasonably safe condition. This breach on the part of the defendants and each of them caused the plaintiff to fall and sustain serious personal injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

Exhibit A
Page 10

PLD-PI-001(4)

| SHORT TITLE: Reynolds v. Sprouts | CASE NUMBER: |
|---|---|

___SECOND___ CAUSE OF ACTION—Premises Liability  Page ___5___
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Edith Reynolds
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* October 11, 2019  plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*
Plaintiff incorporates herein by reference each and every allegation contained in plaintiff's First Cause of Action as thou fully set forth herein.

On October 11, 2019 while plaintiff was a customer at Sprouts located at 820 N Western Ave., San Pedro, CA 90732, the plaintiff slipped and fell when she stepped in a liquid substance that was on the floor resulting in her foot sliding out from under her and resulting in her slipping and falling to the ground.

Prem.L-2.  [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):* SF Markets, LLC, Sprouts Farmers Market, Sprouts Farmers Market dba Sprouts and

[X] Does ___1___ to ___25___

Prem.L-3.  [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does _____ to _____

Plaintiff, a recreational user, was  [ ] an invited guest  [ ] a paying guest.

Prem.L-4.  [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does _____ to _____

a. [ ] The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* SF Markets, LLC, Sprouts Farmers Market, Sprouts Farmers Market dba Sprouts and

[X] Does ___1___ to ___25___

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1
Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

Exhibit A
Page 11