

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 17, 2022

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR 28 2022

Sherri R. Carter, Executive Officer/Clerk of Court

Los Angeles Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re: Case Number:    2:22-cv-01544-JFW-SK
Previously Superior Court Case No.   21STCV34650
Case Name:   Edith Reynolds et al v. SF Markets LLC et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on   3/17/2022  , the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2022
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY

Respectfully,

Clerk, U.S. District Court

By:  /s/ Ingrid Valdes
    Deputy Clerk
    ingrid_valdes@cacd.uscourts.gov

Encls.
cc: Counsel of record

---

Receipt is acknowledged of the documents described above.

3/28/2022
Date

Clerk, Superior Court

**PAUL CRUZ**
By: _____
    Deputy Clerk

CV-103 (05/18)    LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)